UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR McQUEEN,<br><br>              Plaintiff,<br><br>      v.<br><br>J. LEWIS, et al.,<br><br>              Defendants. | No. 2:16-cv-2092 CKD P<br><br>ORDER &<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se. Plaintiff alleges that defendants at Mule Creek State Prison have failed to adequately treat plaintiff's gender identity disorder. Plaintiff seeks sex reassignment surgery, among other relief.

Plaintiff's complaint was filed with the court on September 1, 2016. The court's own records reveal that on December 9, 2015, plaintiff filed a complaint containing virtually identical allegations and seeking the same relief. (No. 2:15-cv-2544 JAM AC P).[1] That action is ongoing. Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

////

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mcqu2092.23